costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARBARA M. BUSH, Respondent, v. HENRY KRAUSKOPF, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY HEAVEY v. ALBERT A. VOLK COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIEBROS FINANCE CORPORATION v. 190 WEST FOURTH STREET REALTY CORPORATION and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SVEA P. DANZILO v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal granted and the motion to vacate stay denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS HISTORICAL PUBLISHING Co., INC., v. JAMES O. SEBRING.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

872 MADISON AVENUE CORPORATION v. 21 EAST SEVENTY-FIRST STREET CORPORATION, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEFFERSON CORPORATION v. WEST END COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LA ROCCA BUILDERS, INC., v. MAX SANDERS and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE ROSAIRE COMPANY for an Order Continuing a Lien on Account of Public Improvement. IRVING TRUST COMPANY, as Trustee, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 7th day of October, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the CONSOLIDATED ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND. JOSEPH P. GRABFIELD, Claimant, Respondent.— Motion to dismiss appeal denied, with leave to appellant to serve a corrected notice of appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHERINE FICHTE and Another v. QUEENS BUS LINES, INC.— Motion to